HOWARD & HOWARD ATTORNEYS PLLC
Jonathan W. Fountain, Esq., SBN 10351
Todd E. Kennedy, Esq., SBN 6014
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

*Attorney for Plaintiff,*
*TVPX ARS, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TVPX ARS, INC., NOT IN ITS INDIVUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE UNDER THE SECOND AMENDED AND RESTATED TRUST AGREEMENT DATED AS OF APRIL 24, 2019, <br><br> Plaintiff(s), <br><br> vs. <br><br> SIGNATURE FLIGHT SUPPORT, LLC, a Delaware limited liability company; DOE ELECTRO-TUG OPERATOR; and ROE BUSINESS ENTITIES 1-3; <br><br> Defendants. | Case #2:25-cv-02127-JCM-DJA <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> **FILING FEE IS $250.00** |

    __Gregory J. Reigel__   , Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

    __Shackelford, McKinley & Norton, LLP__
    (firm name)

with offices at     __9201 N. Central Expressway, 4th Floor__ ,
    (street address)

__Dallas__ , __Texas__ , __75231__ ,
(city) (state) (zip code)

__(214) 780-1400__ , __greigel@shackelford.law__ .
(area code + telephone number) (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

__TVPX ARS, INC.__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since ___06/13/2019___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Texas___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Minnesota, Supreme Court | 1992 | |
| Supreme Court of Wisconsin | 1994 | |
| US District Court, District of Minnesota | 1992 | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

Minnesota State Bar Association.
Wisconsin Bar Association
State Bar of Texas

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Texas_____ )
                            )
COUNTY OF ____DALLAS____ )

___Gregory J. Reigel___ , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

26 day of March, 2024.

_____
Notary Public or Clerk of Court

JENNIFER FOOSHEE ELLIOTT
Notary ID #2671326
My Commission Expires
September 11, 2029

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Jonathan W. Fountain__ ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3800 Howard Hughes Parkway, Suite 1000____ .
(street address)

____Las Vegas____ , ____Nevada____ , ____89169____ ,
(city)              (state)              (zip code)

____(702) 257-1483____ , ____jwf@h2law.com____ .
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Jonathan W. Fountain
_____
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

JEFFREY S. TOWERS, C.O.O. of TVPX ARS Inc.
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10351                          jwf@h2law.com
_____
Bar number                    Email address

APPROVED:

Dated: May 11, 2026.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 20, 2026

Re: Gregory James Reigel, State Bar Number 24100274

To Whom It May Concern:

This is to certify that Gregory James Reigel was licensed to practice law in Texas on May 13, 2016, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

GREGORY JAMES REIGEL

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 23, 1992

Given under my hand and seal of this court on

April 09, 2026



*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### *GREGORY J. REIGEL*

*was admitted to practice as an attorney within this state on September 20, 1994 and is presently in good standing in this court.*

*Dated: March 23, 2026*

*SAMUEL A. CHRISTENSEN*
*Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing